1 **DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488
2 333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
3 Telephone: (213) 457-1800
Facsimile: (213) 457-1850
4 **lfinateri@dykema.com**

5 Attorneys for Defendant
GENERAL MOTORS CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE VERRY and CARLA VERRY,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>  Defendant. | Case No. 2:06-CV-01566-LKK-EFB<br><br>**STIPULATION REGARDING TAKING OF DEPOSITION OF DANIEL GODOY, A RESIDENT OF CALIFORNIA STATE PRISON - CORCORAN - FRCP 30(a)(2); 26(b)(2);**<br><br>**ORDER** |

Defendant, General Motors Corporation (GM) by its attorneys, K. Lynn Finateri of Dykema Gossett LLP, plaintiffs Lyle Verry and Carla Verry, by its attorneys Larry S. Buckley and Robert L. Davis, and interpleader State Compensation Ins. Fund, by its counsel James M. Hankins, hereby stipulate and agree that the deposition of Daniel Godoy, a resident of the California Substance Abuse Treatment Facility in the California State Prison in Corcoran, California, is necessary for the discovery in the above referenced matter and should be taken prior to the discovery cut-off in this matter. In support therefore, the parties stipulate and agree as follows:

1. This is an automotive negligence and products liability case stemming from a multiple vehicle collision on July 17, 2004, involving plaintiff Lyle Verry and the proposed deponent, Daniel Godoy.

2. According to the California Highway Patrol Report for the underlying accident, the Yuba City Police Department was in pursuit of a stolen vehicle driven by Daniel Godoy when it

went out of control and struck the 1984 pickup truck driven by plaintiff Lyle Verry. Mr. Verry sustained personal injuries during the vehicle collision.

3. Subsequent to the underlying vehicle collision, Daniel Godoy was arrested and charged with felony hit and run with great bodily injury, inflicting great bodily harm during the commission of a felony, felony evading, burglary, and possession of stolen property for causing the collision.

4. Mr. Godoy is currently a resident at the California State Prison, California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212, California Department of Corrections Number F38677.

5. Defendant General Motors Corporation filed and served a Cross-Complaint against Mr. Godoy for indemnification. Mr. Godoy has not answered the Cross-Complaint and a default was taken on July 3, 2007.

6. The deposition of Mr. Godoy is necessary for the prosecution and defense of this matter, as he is a primary eyewitness and has information which cannot be obtained by any other method and such deposition is not cumulative or duplicative.

7. Defendant General Motors Corporation has noticed the depositions of several percipient witnesses. However, the deposition of Mr. Godoy will not result in defendant General Motors Corporation noticing more than 10 percipient witness depositions in this matter.

WHEREFORE, the parties hereby stipulate and agree and on that basis respectfully request that this Court order that the deposition of Daniel Godoy, a resident of California State Prison, California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212, is necessary for the discovery in the above referenced matter and should be taken consistent with the procedures set by Federal Rules of Civil Procedure Rule 30(a)(2).

2

STIPULATION REGARDING TAKING OF DEPOSITION OF DANIEL GODOY, A RESIDENT OF CALIFORNIA STATE PRISON - CORCORAN - FRCP 30 (a)(2), 26(b)(2); ORDER

| | | |
|---|---|---|
| 1 | Dated: | DYKEMA GOSSETT LLP |
| 2 | | |
| 3 | | Signature on original<br>By:_____<br>K. Lynn Finateri, Esq. |
| 4 | | |
| 5 | | Attorneys for Defendant<br>General Motors Corporation |
| 7 | Dated: | LAW OFFICE OF ROBERT L. DAVIS |
| 9 | | Signature on original<br>By:_____<br>Robert L. Davis, Esq. |
| 11 | | Attorneys for Defendant<br>General Motors Corporation |
| 14 | Dated: | STATE COMPENSATION INS. FUND |
| 15 | | Signature on original<br>By:_____<br>James M. Hankins, Esq. |
| 17 | | Attorneys for Defendant<br>General Motors Corporation |

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**ORDER**

Pursuant to the foregoing stipulation between the parties, it is hereby ordered as follows:

In the interest of justice and good cause showing, the deposition of Daniel Godoy, a resident of California State Prison, California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212, may be taken in the matter of <u>Verry v. General Motors Corporation</u>, Case No. 2:06-CV-01566-LKK-EFB, consistent with the procedures set by Federal Rules of Civil Procedure Rule 30(a)(2).

IT IS SO ORDERED.

DATED:  August 14, 2007.

_____
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA