IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE VERRY and CARLA VERRY,

      Plaintiffs,                                   No. CIV S-06-1566 LKK EFB

      vs.

GENERAL MOTORS CORPORATION,

ORDER

      Defendant.

_____/

      On August 20, 2007, defendant General Motors Corporation ("General Motors") filed an *ex parte* motion for a protective order requesting that plaintiffs be prohibited from conducting certain discovery on the 1984 GMC pickup truck that is the subject of this products liability action. In particular, General Motors seeks an order to prevent plaintiffs' expert, Mark Arndt, from removing the fuel tank of that vehicle for further examination. The removal is currently scheduled for August 23, 2007. General Motors asserts that removal of the fuel tank would impermissibly and irrevocably alter crucial evidence. Specifically, defendant asserts that the tank, in its current post-collision position (i.e., still attached to the truck by its component parts), is the only position in which a judge and/or jury can properly analyze how the fuel storage system managed energy during the collision. *See* Affidavit of Dennis A. Guenther, at ¶¶ 2-6.

////

1

1   Upon receipt of defendant's motion, the court ordered plaintiffs to file an opposition, if
2 any, and scheduled a hearing for the afternoon of August 22, 2007.  Plaintiffs responded by filing
3 a non-opposition to the granting of the motion for protective order, provided it be without
4 prejudice to a later application to the court authorizing removal of the fuel tank.
5   In light of plaintiffs' non-opposition, the court grants defendant's *ex parte* motion for a
6 protective order prohibiting removal of the fuel tank, previously scheduled for August 23, 2007.
7 The motion is granted without prejudice to plaintiffs' later application to the court for an order
8 authorizing its removal.  Based on the foregoing, the August 22, 2007, hearing is vacated.
9   SO ORDERED.
10 DATED:  August 22, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2