1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LYLE VERRY and CARLA VERRY,

11              Plaintiffs,              No. CIV S-06-1566 LKK/EFB

12        vs.

13   GENERAL MOTORS CORPORATION,        <u>ORDER RE SETTLEMENT & DISPOSITION</u>

14              Defendant.
     _____/

15

16        Pursuant to the representations of counsel for the parties at a Settlement Conference

17   conducted in Chambers on April 17, 2008, the above-captioned case has settled.

18        The court now orders that dispositional documents are to be filed not later than thirty (30)

19   days from the date of this order.

20        All hearing dates set in this matter, including the hearing on the parties' motions in

21   limine, currently scheduled for April 21, 2008, and the trial date of May 28, 2008, are

22   **VACATED.**

23   ////

24   ////

25   ////

26   ////

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4        IT IS SO ORDERED.

5        DATED:  April 18, 2008.

6                                              EDMUND F. BRENNAN

7                                              UNITED STATES MAGISTRATE JUDGE